IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-06-00235-CV

 

In re
Carl Long

 

and

 

No.
10-06-00239-CV

 

In re
carl long

 

 



Original Proceeding

 



DISSENTING Opinion










 

          The record properly before us in both
proceedings supports only one result.  Both petitions should be denied.  Most
of the majority opinion is necessary to explain why they want to grant the
petitions rather than an analysis to support their ruling on the petitions.  I
note, as I have noted before, that the real party in interest in both petitions
has never been made a party to these proceedings.  I dissent.

 

                                                          TOM
GRAY

                                                          Chief
Justice

 

Dissenting
opinion delivered and filed March 14, 2007